UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$67,697 IN U.S. CURRENCY,<br><br>AND ANY ACCRUED INTEREST,<br><br>Defendant. | NO. CV21-1198-RSM<br><br>**ORDER GRANTING MOTION TO STAY CIVIL CASE** |

THIS MATTER having come before the Court on the Motion of Claimant Cesar Clemente, pursuant to 18 U.S.C. § 981(g)(2), for an order staying this civil forfeiture proceeding until its related criminal case, *United States v. Clemente* (CR21-063-RSM) is resolved at the trial court level, either through a verdict or by way of plea, and further requiring the parties to submit a status report in six months, and the Court being fully advised in the matter, it is hereby

ORDERED that the Motion to stay this civil forfeiture proceeding pending the resolution at the trial court level of the related criminal case, either through a verdict or by way of plea, is GRANTED, and this matter shall be STAYED for that time, pending further order of the Court;

//

//

ORDER GRANTING MOTION TO STAY - 1

**KRADEL DEFENSE PLLC**
1001 4TH AVE, SUITE 4050
Seattle, Washington 98154
Phone: (206) 397-3102
jeff@kradeldefense.com

ORDERED that the persons and entities to whom the United States provided direct notice of this proceeding on or about September 2, 2021, shall have an additional 35 days, from the date the Court lifts the proposed stay, to file a claim in this proceeding.

DATED: November 10, 2021

HON. RICARDO S. MARTINEZ
United States District Judge

Presented by:

JEFFREY L. KRADEL
Attorney for Claimant Cesar Clemente
1001 4th Ave., Suite 4050
Seattle, WA 98154
Telephone: (206) 397-3102
jeff@kradeldefense.com

ORDER GRANTING MOTION TO STAY - 2

**KRADEL DEFENSE PLLC**
1001 4TH AVE, SUITE 4050
Seattle, Washington 98154
Phone: (206) 397-3102
jeff@kradeldefense.com