The Hon. Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$67,697 IN U.S. CURRENCY, AND ANY ACCRUED INTEREST,<br><br>Defendant.<br><br>and<br><br>CESAR CLEMENTE,<br><br>Claimant. | NO. CV21-1198-RSM<br><br>**ORDER GRANTING<br>JOINT REQUEST TO LIFT STAY** |

THIS MATTER comes before the Court as a Joint Request to Lift Stay by Plaintiff United States and Claimant Cesar Clemente, through counsel. On November 10, 2022, the Court ordered this civil forfeiture action stayed, pursuant to 18 U.S.C. § 981(g)(2), pending resolution of the related criminal case or until further order of the Court. Dkt. No. 11. The parties have now informed the Court that they have reached an agreement to resolve the related criminal case, as well as this civil forfeiture case. The Court having

Order Granting Joint Request to Lift Stay - 1
*United States v. $67,697 In U.S. Currency,
and Any Accrued Interest,* CV21-1198-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

considered the parties' request and being fully advised in the matter, finds that it is appropriate to lift the stay at this time. Therefore, it is hereby

ORDERED that the parties' request to lift the stay of this civil forfeiture proceeding is GRANTED and the STAY is LIFTED. The United States shall provide notice to the persons and entities to whom the United States provided direct notice of the proceeding on or about September 2, 2021, that they have 35 days from the date of this Order in which to file a claim.

IT IS SO ORDERED.

DATED this 18th day of November, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart St., Suite 5220
Seattle, WA 98101
(206) 553-2242
Krista.Bush@usdoj.gov

Order Granting Joint Request to Lift Stay - 2
*United States v. $67,697 In U.S. Currency, and Any Accrued Interest,* CV21-1198-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970