The Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$67,697 IN U.S. CURRENCY, AND ANY ACCRUED INTEREST,<br><br>Defendant.<br><br>and<br><br>CESAR CLEMENTE,<br><br>Claimant. | NO. CV21-1198-RSM<br><br>**SETTLEMENT AGREEMENT AND FINAL ORDER OF FORFEITURE** |

WHEREAS Plaintiff United States of America, by and through Nicholas W. Brown, United States Attorney for the Western District of Washington, and Krista K. Bush, Assistant United States Attorney, and Claimant Cesar Clemente (hereinafter "Claimant"), by and through his counsel, Jeffrey L. Kradel, wish to resolve this matter without additional utilization of judicial resources and without incurring further litigation expenses,

//

Settlement Agreement and Final Order of Forfeiture - 1
*United States v. $67,697 In U.S. Currency,
and Any Accrued Interest,* CV21-1198-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS HEREBY STIPULATED as follows:

On April 7, 2021, law enforcement agents executed a valid search warrant for a residence associated with Claimant at 12120 SE 186th Street, Renton, Washington ("Claimant's residence"). Agents seized, *inter alia*, $67,697 in United States currency; over 100 kilograms of marijuana; materials used to process marijuana; and, a ledger containing marijuana types, quantities, and pricing from the Claimant's residence. Agents also seized nine firearms, with associated magazines and ammunition, which are subject to forfeiture in a related criminal case, *United States v. Cesar Ysmael Clemente*, CR21-063 (the "Related Case"), and are not at issue in this civil case.

On September 2, 2021, the United States commenced this action by filing a Verified Complaint for Forfeiture in Rem, seeking forfeiture of the $67,697 in United States currency seized from Claimant's residence on April 7, 2021, and any accrued interest, (the "Defendant Currency") pursuant to 21 U.S.C. § 881(a)(6), for alleged violations of 21 U.S.C. §§ 841(a)(1) and 846. Dkt. No. 1. The United States provided notice of the Verified Complaint to four potential claimants. Dkt. No. 2.

On September 24, 2021, Claimant timely filed a claim to the Defendant Currency through his attorney of record, Jeffrey Kradel. Dkt. No. 4. No other parties have asserted a claim to the Subject Property.

On October 7, 2021, the United States filed a Notice of Related Case, providing notice that this civil forfeiture action is related to an active criminal investigation and cases against alleged members of the drug trafficking organization, including the Related Case. Dkt. No. 7.

On October 13, 2021, the matter was reassigned to this court. Dkt. No. 8.

On November 10, 2021, the Court granted the Claimant's unopposed Motion to Stay Civil Case until the conclusion of the related criminal investigation. Dkt. Nos. 9-11. The Order provided that persons and entities to whom the United States provided direct notice of this proceeding on or about September 2, 2021, shall have an additional 35

Settlement Agreement and Final Order of Forfeiture - 2
*United States v. $67,697 In U.S. Currency, and Any Accrued Interest,* CV21-1198-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

days, from the date the Court lifts the stay, to file a claim in this proceeding. Dkt. No. 11. The Order also directed the Parties to file a Joint Status Report by May 10, 2022, in the event this civil forfeiture case is still stayed. Dkt. No. 11.

On April 27, 2022, the Parties filed a Joint Status Report stating that an updated Joint Status Report would be filed within six months. Dkt. No. 12. The Parties filed a Second Joint Status Report on October 24, 2022. Dkt. No. 13.

The Court granted the Parties' joint motion to lift the stay on November 18, 2022. Dkt. No. 15. On November 21, 2022, the United States provided notice to the four potential claimants that the Court had lifted the stay and extended the deadline to file claims to December 23, 2022.

All persons and entities believed to have an interest in the Defendant Property were given proper notice of the intended forfeiture when this civil forfeiture action was filed and were given proper notice when the stay was lifted. No claimants, other than Cesar Clemente, have come forward to assert an interest in the Defendant Currency.

NOW THEREFORE, this SETTLEMENT AGREEMENT is entered into between the parties pursuant to the following terms:

1. The parties acknowledge that this Settlement Agreement is made as a compromise of a disputed claim without adjudication of any issue of fact or law. The parties further acknowledge and agree that this settlement shall not be deemed to constitute an admission by Claimant of fault, liability, or wrongdoing as to any facts or claims alleged or asserted in the Verified Complaint for Forfeiture and shall not be construed to create rights in, or grant any cause of action to, any third party not covered by this Settlement Agreement.

2. The United States agrees to dismiss from this action and return to Claimant $20,000 of the Defendant Currency.

//

Settlement Agreement and Final Order of Forfeiture - 3
*United States v. $67,697 In U.S. Currency,*
*and Any Accrued Interest,* CV21-1198-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. Claimant recognizes that the Debt Collection Improvement Act of 1996, 31 U.S.C. § 3716, which is administered by the Treasury Offset Program ("TOP"), requires the United States Treasury to offset federal payments to collect certain delinquent debts owed to the United States by a payee. Claimant recognizes, therefore, that the currency identified in paragraph 2 for return to him may be reduced by the amount of any delinquent debt TOP is required to collect.

4. Claimant agrees to withdraw his claim to, and consents to the forfeiture of, the remaining $47,997 in United States currency, and any accrued interest.

5. Claimant's withdrawal of his claim to, and his consent to forfeiture of, the remaining $47,997 in United States Currency, and any accrued interest, shall be in full and complete settlement and satisfaction of all civil forfeiture issues relating to the property seized from Claimant's residence on April 7, 2021.

6. Claimant waives any and all right to reimbursement by the United States of attorney fees and/or litigation costs in connection with this action pursuant to 28 U.S.C. § 2465 or any other statute. The Parties agree that, pursuant to the terms of this Settlement Agreement, neither Claimant nor the United States is a "prevailing party" for the purpose of seeking additional attorney fees and/or costs pursuant to statute, case law, or agreement, or on any other compensation. Each party to this Settlement Agreement is to bear its own costs and attorneys' fees.

7. Claimant agrees to release and hold harmless the United States, its agents, servants, and employees (and any involved state or local law enforcement agencies and their agents, servants, or employees), in their individual or official capacities, from any and all claims Claimant, or his representatives or agents, may possess, or that may arise, as a result of the seizure of the above-identified property and the subsequent forfeiture proceeding, including any claims for interest or attorney's fees.

8. The Parties agree this Settlement Agreement is subject to review and approval by the Court, as provided in the proposed Order submitted below.

Settlement Agreement and Final Order of Forfeiture - 4
*United States v. $67,697 In U.S. Currency,
and Any Accrued Interest,* CV21-1198-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

9. Upon entry of this Settlement Agreement and Final Order of Forfeiture, this action shall be DISMISSED WITH PREJUDICE and closed, and the property identified in paragraph 2 shall be returned to Claimant within 60 days of entry of the Order.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

DATED: January 4, 2023

*s/Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone: (206) 553-2242
Krista.Bush@usdoj.gov

DATED: January 4, 2023

*s/Jeffrey L. Kradel*
JEFFREY L. KRADEL *
Kradel Defense PLLC
Attorney for Claimant
Cesar Clemente
1001 4th Avenue, Suite 4050
Seattle, WA 98154
Telephone: (206) 397-3102
jeff@kradeldefense.com
* *Permission to e-sign and e-file obtained via email on January 4, 2023*

DATED: January 4, 2023

*s/Cesar Clement*
CESAR CLEMENTE
Claimant
* *Permission to e-sign and e-file obtained via email on January 4, 2023*

Settlement Agreement and Final Order of Forfeiture - 5
*United States v. $67,697 In U.S. Currency, and Any Accrued Interest,* CV21-1198-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The foregoing Settlement Agreement is hereby approved under the terms and conditions set forth above.

The following property seized from Claimant's residence at 12120 SE 186th Street, Renton, Washington on April 7, 2021, is FORFEITED to the United States:

    a.    $47,697 in United States Currency, and any accrued interest.

The following property seized from Claimant's residence at 12120 SE 186th Street, Renton, Washington on April 7, 2021, shall be returned to Claimant within 60 days of entry of this Order:

    a.    $20,000 in United States Currency.

Pursuant to this agreement, the Court hereby DISMISSES this action, WITH PREJUDICE.

IT IS SO ORDERED.

DATED this 6th day of December, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Settlement Agreement and Final Order of Forfeiture - 6
*United States v. $67,697 In U.S. Currency, and Any Accrued Interest,* CV21-1198-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sends notice of the filing to all ECF participants of record.

*s/Hannah G. Williams*
HANNAH G. WILLIAMS
FSA Paralegal III, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-2242
Hannah.Williams2@usdoj.gov

Settlement Agreement and Final Order of Forfeiture - 7
*United States v. $67,697 In U.S. Currency, and Any Accrued Interest,* CV21-1198-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970